# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:11-CR-00016 |
| ] | JUDGE HAYNES |
| JAMES ELDRIDGE ] | |

*[Handwritten annotation: ORDER – This motion is GRANTED. The hearing is reset for August 30, 2013 at 3:30 pm. /s/ 7-24-13]*

## MOTION TO CONTINUE REVOCATION HEARING

Comes now the Defendant, James Eldridge, by and through counsel, and hereby moves this Court to continue the revocation hearing in the above-styled case for approximately thirty (30) days. For cause, Mr. Eldridge would offer the following:

(1) Mr. Eldridge is scheduled for a revocation hearing on Friday, July 26, 2013 at 4:30 (docket entry 29).

(2) Counsel was appointed to represent Mr. Eldridge in the underlying case (docket entry 18) and the amended violation allegation (docket entry 22).

(3) Mr. Eldridge was recently served with an amended violation which essentially alleges that Mr. Eldridge missed court in the State case which underlies his original violation allegation. The missed court date was a misunderstanding on the part of Mr. Eldridge, and the State Court has released Mr. Eldridge on bond after clearing it up.

(4) The prosecutor (AUSA Alex Little) does not object to this motion.