UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 3:11-CR-00016 |
| | ] | JUDGE HAYNES |
| JAMES ELDRIDGE | ] | |

## MOTION TO CONTINUE REVOCATION HEARING

Comes now the Defendant, James Eldridge, by and through counsel, and hereby moves this Court to continue the revocation hearing in the above-styled case for approximately thirty (30) days. For cause, Mr. Eldridge would offer the following:

(1) Mr. Eldridge is scheduled for a revocation hearing on Friday, August 30 2013 at 4:30 (docket entry 31).

(2) Counsel was appointed to represent Mr. Eldridge in the underlying case (docket entry 18) and the amended violation allegation (docket entry 22).

(3) Mr. Eldridge's main violation is based on an underlying case in another jurisdiction (Cumberland County, Tennessee). Mr. Eldridge is currently scheduled to appear in Circuit Court for that case on September 11, 2013. It is undersigned counsel's hope that resolution of the underlying case may lead to a resolution of this violation as well.

(4) The prosecutor (AUSA Hal McDonough) does not object to this motion.