UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:11-CR-00016 |
| | ] JUDGE HAYNES |
| JAMES ELDRIDGE | ] |

## AGREED ORDER

Upon agreement of the parties, as evidenced by the signatures below, this Court hereby finds that the Defendant, James Eldridge, has violated the terms of his supervised release. Accordingly, the Court ORDERS that the Defendant will serve ten months in the Bureau of Prisons, after which his sentence will be terminated. The Court further ORDERS that the Defendant shall report to the United States Marshall's Office one week from the date of this hearing, October 4, 2013, before 3:00 p.m. Finally, to the extent the law allows, the Court ORDERS the sentence to be served concurrently with any state sentence, whether imposed concomitantly with the present sentence or prospectively.

IT IS SO ORDERED

JUDGE WILLIAM HAYNES

PATRICK G. FROGGE, No. 20763
Bell, Tennant & Frogge

HAL McDONOUGH, No.
Assistant United States Attorney