UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 3:11-CR-00016 |
| | ] | JUDGE HAYNES |
| JAMES ELDRIDGE | ] | |

_____

**""AGREED ORDER**
_____

Upon agreement of the parties, as evidenced by the signatures below, this Court hereby ORDERS that the Defendant shall report to the United States Marshall's Office one week from today to begin serving his ten (10) Month sentence previously imposed by the Court.

The new report date is October 11, 2013, before 3:00 p.m.

                                       IT IS SO ORDERED

                                       */s/ Todd Campbell/*

                                       JUDGE CAMPBELL

____s/Patrick Frogge_____
PATRICK G. FROGGE, No. 20763
Bell, Tennent & Frogge

_____s/Hal McDonough___(by Permission PGF)_____
HAL MCDONOUGH, No.
Assistant United States Attorney