IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11-00016 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| JAMES ELDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States's motion for issuance of warrant (Docket Entry No. 44). The Court sentenced the Defendant to ten (10) months and ordered the Defendant to report to the United States Marshal's Office on October 4, 2013 to begin service of his sentence. The Defendant failed to report as ordered. This motion is **GRANTED**. The arrest warrant shall issue.

It is so **ORDERED**.

**ENTERED** this the _20th_ day of November 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court